UNSEALED / SEALED     FILED FEB 7 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

Roselle CIPRIANO

Defendant

Case No. 2:19-MJ-0024 KJN

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Roselle CIPRIANO,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(a)(1): Conspiracy to manufacture and distribute at least 50 grams of a mixture and substance containing methamphetamine and manufacture and distribution of at least 50 grams of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance.

Date: Jan 29, 2019

_____
Issuing officer's signature

City and state: Sacramento, California

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/19, and the person was arrested on *(date)* 2/7/19
at *(city and state)* VALLEJO, CA.

Date: 2/7/19

_____
Arresting officer's signature

_____, United States Magistrate Judge
*Printed name and title*